AO 106 (Rev. 04/10) Application for a Search Warrant					AUSA Jonathan Grey

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Raynard RICHMOND
M/B DOB 07/14/1964
SSN # 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
Currently incarcerated at the Correction Reception Center located at 11271 State Route 762, Orient, Ohio 43146

Case No. 2:19-mj-615

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Raynard RICHMOND M/B DOB 07/14/1964 SSN # 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

located in the ——Southern—— District of ——Ohio——, there is now concealed *(identify the person or describe the property to be seized)*:

Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Samuel Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/2/19

City and state: Columbus, Ohio

*Judge's signature*

N. M. KING, U.S.M. Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Samuel Chappell, Task Force Officer, ATF, being duly sworn, depose and say that I am one of the Lead Investigators in this investigation. I have consulted with the other Lead Investigators regarding this investigation and have probable cause to believe the following is true, based on the investigation to date:

## INTRODUCTION

1. I am a Columbus Ohio Police officer assigned as a Task Force Officer (TFO) with the bureau of Alcohol Tobacco and Firearms (ATF). The Columbus Division of Police has employed me since 2007.  My responsibilities as a Task Force Officer include the investigation of violent criminal street gangs, narcotics traffickers, money launderers, and fraud and firearm related crimes. I have participated in the execution of search warrants and arrests related to the above-referenced offenses.

2. Based on the facts set forth in this affidavit there is probable cause to believe that inside of **Raynard RICHMOND** M/B DOB 07/14/1964 SSN 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 there exists evidence of violations of Title 18 U.S.C. 922(g)(1) possession of a firearm or ammunition by a convicted felon.

## PURPOSE OF AFFIDAVIT

3. Your affiant submits there is probable cause to believe that evidence of criminal activity, namely criminal violations of the federal criminal code (Title 18), § 922(g)(1) (felon in possession of a firearm or ammunition) are located inside of Raynard RICHMOND. RICHMOND's history of criminal activity consists of felony convictions for the offenses of rape and aggravated robbery.

4. Because this affidavit is offered for the limited purpose of establishing probable cause in support of this warrant, it does not set forth all facts known to this investigation.

## LOCATION TO BE SEARCHED

Raynard RICHMOND M/B DOB 07/14/1964 SSN # 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 who is currently

incarcerated at the Correction Reception Center located at 11271 State Route 762, Orient, Ohio 43146.

## ITEMS TO BE SEIZED

Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

## PROBABLE CAUSE

5. On or about April 6, 2019 RICHMOND was released from prison and shortly after reported as instructed to the Columbus Adult Parole Authority (APA).

6. On or about June 26, 2019 Parole Officers for the Ohio APA went to the home of RICHMOND located at 2241 Hampstead Dr. Columbus Ohio 43229 to conduct a home visit.

7. RICHMOND was not home at the time but his mother Ruby HIGHWARDEN was. HIGHWARDEN stated that RICHMOND lived in the basement and directed officers to the stairs. Once in the basement in plain view officers found a mask, duct tape, cloth strips, a kitchen knife, latex gloves and a pillowcase.

8. Officers prepared an arrest warrant for RICHMOND for possession of items that violated his parole. Officers also prepared to do a complete home search. RICHMOND returned to the residence and was detained without incident.

9. During the home search, officers found fourteen (14) rounds of ammunition in multiple calibers on a support beam in the basement.

10. HIGHWARDEN was asked about the ammunition and stated that it was possible the .32 caliber ammunition belonged to her as at one time she had owned a .32 caliber pistol but she had pawned the pistol years ago. HIGHWARDEN stated that no other firearms had been in the home to her knowledge.

## CONCLUSION

11. The ammunition recovered from the search of 2241 Hampstead Dr. were submitted to the Columbus Police Crime Lab for DNA analysis. If DNA profiles are recovered from these swaps a reference standard from RICHMOND is needed for comparison.

2

12. In view of the above mentioned facts and my training and experience in the investigation of narcotics and firearm related crimes, I have probable cause to believe that contained inside of Raynard RICHMOND M/B DOB 07/14/1964 SSN # 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 is evidence of:

   a. 18 USC 922(g)(1) – Felon in possession of a firearm or ammunition.

13. Accordingly, I respectfully request that the Court issue the following:

   a. A Search Warrant for Raynard RICHMOND M/B DOB 07/14/1964 SSN # 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 authorizing ATF TFO Chappell or authorized law enforcement official to obtain Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.
   (a) Authority to execute the Search Warrant with force if necessary.
   (b) An Order sealing the Application, Affidavit, and Search Warrant until further Order of this Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Samuel Chappell
Task Force Officer ATF

Subscribed to and sworn before me this __2__ day of ~~July~~ August 2019.

_____
HONORABLE NOAH McCANN IGNC.
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF OHIO

3